IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY TERRELL FELDER,                )<br>                                       )<br>    Plaintiff,                        )<br>                                       )<br>    v.                                 )<br>                                       )<br>ALABAMA DEPARTMENT OF                  )<br>CORRECTIONS, et al.,                  )<br>                                       )<br>    Defendants.                        ) | CIVIL ACTION NO.<br>2:15cv291-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit raising federal claims of excessive force as well as various state-law claims, all stemming from an incident in which a correctional officer slammed plaintiff's cell door, thereby crushing his finger.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted as to plaintiff's federal claims and that plaintiff's state-law claims be dismissed without prejudice.  There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of July, 2016.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**