IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TIMOTHY TERRELL FELDER,     )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )          2:15cv291-MHT
                            )              (WO)
ALABAMA DEPARTMENT OF       )
CORRECTIONS, et al.,        )
                            )
     Defendants.            )

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(2) Defendants' motion for summary judgment (doc. no. 11) is granted as to plaintiff's federal claims and is denied as to plaintiff's state-law claims.

(3) Judgment is entered in favor of defendants and against plaintiff on plaintiff's federal claims only, with plaintiff taking nothing by his complaint.

(4) Plaintiff's state-law claims are dismissed without prejudice.

(5) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of July, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE